# In the United States Court of Federal Claims

Filed: December 15, 2017

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: ALL CASES | |

## SCHEDULING ORDER

On November 20, 2017, the court issued a series of Orders to "secure the just, speedy, and inexpensive determination" of these cases. RCFC 1; ECF Nos. 67, 68, 69, 70.

On December 1, 2017, the Government filed a Motion To Vacate The Court's November 20, 2017 Orders. ECF No. 100.

On December 8, 2017, the court issued a Memorandum Opinion And Order Denying The Government's Motion To Vacate The Court's November 20, 2017 Orders. ECF No. 106 (re-docketed for administrative purposes as ECF No. 107). The December 8, 2017 Memorandum Opinion And Order, however, informed the parties that the court is willing to consider alternative "reasonable and instructive recommendations about how to adjudicate jurisdiction and dispositive issues in these cases" and directed the parties to file any responsive submissions with the court by 5:00 PM (EST) on December 18, 2017.

To consider the December 18, 2017 filings, the court will convene a hearing on Wednesday, December 20, 2017, at 10:30 AM (CST) in Courtroom 10-B in the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas. Although the December 20, 2017 hearing will be open to the public, only those Plaintiffs' Co-Counsel appointed in the court's November 20, 2017 Orders and the Government Counsel will be recognized to address the court.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**